FILED
CLERK, U.S. DISTRICT COURT

MAY 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUFINO ALEJO-MARTINEZ,

Defendant.

Case No. 2:25-cr-00956-ODW

Case No. 2:26-mj-2778

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

On May 28, 2026, Defendant Rufino Alejo-Martinez made his initial on a petition for revocation of supervised release and on a new criminal complaint. The Federal Public Defender's Office, and DFPD Aden Kessai, were appointed to represent Mr. Alejo-Martinez, with DFPD Hannah Bogen specially appearing for Ms. Kessai.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> The Pretrial Services report and its indication that Mr. Alejo-Martinez currently lacks a stable residence and had no available surety. Moreover, Mr. Alejo-Martinez submitted on detention, and thus did nothing to carry his burden of showing that conditions could be set that would ameliorate the risk of nonappearance.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> *In light of the findings re: risk of nonappearance, the Court declines to make findings based on risk of danger.*

While the burden is different, the same facts warrant Mr. Alejo-Martinez's detention on the new pending changes under 18 U.S.C. § 3142.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 28, 2026

_____/s/_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2